

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00083-CR

_____

BRYAN DEION WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 40789-B

Before Morriss, C.J., Carter and Moseley, JJ.

ORDER

Bryan Deion Williams, appellant, was convicted of possession of a controlled substance and sentenced to seventy-five years' in the Texas Department of Criminal Justice Correctional Institutions Division. His notice of appeal was timely filed May 15, 2012. The clerk's record was filed June 19, 2012, and the reporter's record was filed September 14, 2012, making the appellant's brief due October 15, 2012. Counsel is appointed.

On appellant's motion, we extended the deadline for filing the brief to November 14, 2012. Since that time, we have received neither the appellant's brief nor a request for a further extension of the filing deadline. Inquiries from our clerk's office to appellant's counsel regarding the overdue brief have gone unanswered. On December 17, 2012, the clerk's office received a letter from Williams stating, in pertinent part, "I am the appellant in this cause. I have an appeal attorney but haven't heard anything from him. Would you please tell me if a brief has been filed in this cause, and the due date for the appellants [sic] brief."

Because the brief has not been filed and because we have heard nothing further from appellant's counsel, we abate this case to the trial court pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure for a hearing to determine why counsel has not filed the brief, whether the brief can be promptly filed with this Court, whether Williams desires to prosecute his appeal, and whether he is indigent. *See* TEX. R. APP. P. 38.8(b)(2). The hearing is to be conducted within fifteen days of the date of this order. The trial court may also address other matters as it deems appropriate, including appointing different counsel for appellant if necessary.

The trial court's findings and recommendations on the issues set forth above shall be entered into the record of the case and presented to this Court in the form of a supplemental clerk's record within fifteen days of the date of the hearing. *See* TEX. R. APP. P. 38.8(b)(3). The reporter's record of the hearing shall also be filed with this Court in the form of a supplemental reporter's record within fifteen days of the date of the hearing. *See id.*

All appellate timetables are stayed and will resume on our receipt of (1) the appellant's brief or (2) the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date: January 31, 2013